UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRANCE B. CONNER, | : |
| Plaintiff, | : Civ. No. 13-3034 (KM) (MAH) |
| v. | : |
| J. MASTRONARDY, et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

The plaintiff, Terrance B. Conner, is proceeding *pro se* with a civil rights complaint pursuant to 42 U.S.C. § 1983. Presently pending before the Court is defendants' motion for summary judgment. (*See* Dkt. No. 18) To date, plaintiff has not filed a response in opposition to the motion for summary judgment. Shortly after defendants filed their motion for summary judgment, plaintiff filed a notice of a change of address with the Court. In the interests of justice, this Court will order defendants to re-serve their motion for summary judgment on plaintiff at his new address of record before this Court will rule on it.

Accordingly, IT IS this 5th day of April, 2016,

ORDERED that defendants shall re-serve their motion for summary judgment (Dkt. No. 18) on plaintiff at his current address of record in this case within seven (7) days of the date of this Order and defendants shall file a certificate of service with this Court within (7) days of re-serving plaintiff with their motion; and it is further

ORDERED that plaintiff shall have twenty-one (21) days from service to file a response to the motion for summary judgment; and it is further

ORDERED that defendants shall have fourteen (14) days from the date plaintiff files his response to the motion for summary judgment to file an optional reply brief; and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S. mail.

_____
KEVIN MCNULTY
United States District Judge