UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRENCE B. CONNER, | : |
| Plaintiff, | : Civ. No. 13-3034 (KM) (MAH) |
| v. | : |
| J. MASTRONARDY, et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On June 17, 2016, mail sent by the Clerk to plaintiff was returned to this Court as undeliverable. Therefore, it appears as if plaintiff is no longer residing at his current address of record.

As of today's date, plaintiff has not updated the Court with his new address as required by Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address. As this case is being administratively terminated, this Court will also administratively terminate defendants' pending motion for summary judgment. (*See* Dkt. No. 18) That motion will be reinstated for consideration if plaintiff provides this Court with an updated address and the matter is reopened.

Accordingly, IT IS this 22d day of June, 2016,

ORDERED that the Clerk shall administratively terminate this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No. 18) is administratively terminated subject to reinstatement if plaintiff supplies an updated address and this action is reopened.

_____
KEVIN MCNULTY
United States District Judge